# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LENETTE N. HOLDEN  
5269 ROWENA DRIVE  
ROSCOE, IL 61073  

SSN-xxx-xx-7097

Case Number: 07-71519

Case filed on: 6/26/2007  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $11,150.60          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | HERBERT GREENE, ATTORNEY AT LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NELNET LOAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 3,766.88 | 3,766.88 | 0.00 | 0.00 |
|  | Total Priority | 3,766.88 | 3,766.88 | 0.00 | 0.00 |
| 999 | LENETTE N. HOLDEN | 0.00 | 0.00 | 7,683.23 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 7,683.23 | 0.00 |
| 001 | GENERAL MOTORS PSP | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | KISHWAUKEE AUTO CORRAL | 4,421.93 | 4,421.93 | 2,680.92 | 547.20 |
| 017 | STEVEN & MARY WILSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 4,421.93 | 4,421.93 | 2,680.92 | 547.20 |
| 002 | KISHWAUKEE AUTO CORRAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 943.25 | 198.08 | 0.00 | 0.00 |
| 004 | ANTHONY RANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BLACK EXPRESSIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CERTEGY PAYMENT RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DONNIE RANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ILLINOIS STUDENT ASSISTANCE COMM | 5,914.22 | 1,241.99 | 0.00 | 0.00 |
| 012 | LYNDA OWENS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NELNET, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RONNIE P RANGE | 17,737.43 | 3,724.86 | 0.00 | 0.00 |
| 016 | AFNI/VERIZON WIRELESS | 763.74 | 160.39 | 0.00 | 0.00 |
| 019 | KEY FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | GENERAL MOTORS PSP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | RICHARD MEADOWS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | REAL TIME RESOLUTIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 25,358.64 | 5,325.32 | 0.00 | 0.00 |
|  | Grand Total: | 33,547.45 | 13,514.13 | 10,364.15 | 547.20 |

Total Paid Claimant: $10,911.35  
Trustee Allowance: $239.25  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 12/30/2008          By /s/Heather M. Fagan